IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY L CAMERON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv732-MHT |
| | ) | (WO) |
| CYNTHIA STEWART, Warden, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit challenging the revocation of his parole in 2013. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be denied as untimely filed. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of February, 2018.

                                /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**